

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

Nos. 04-13-00409-CR & 04-13-00410-CR

Roy **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court Nos. 12-1530-CR & 13-0756-CR-C
Honorable W.C. Kirkendall, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

Delivered and Filed:  October 30, 2013

MOTIONS TO DISMISS GRANTED; APPEALS DISMISSED

Appellant filed motions to dismiss these appeals.[1]  The motions are granted, and these appeals are dismissed.  *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH

---

[1] These appeals were consolidated by order of this court.  Accordingly, pursuant to our order, appellant should have filed a single motion bearing both appeal numbers.  However, given appellant is seeking dismissal, we will not require him to refile the motions as a single motion; rather, we will simply grant both motions.